

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,)     Case No.
                          )    06-80158-CR-RYSKAMP
          Plaintiff,      )
                          )
     -v-                  )
                          )
ANTHONY R. MASILOTTI,     )
                          )
          Defendant.      )    West Palm Beach, Florida
                          )    June 29, 2007
_____)

REC'D by APPEALS   D.C.
JUL 1 8 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

TRANSCRIPT OF SENTENCING PROCEEDINGS

BEFORE THE HONORABLE KENNETH L. RYSKAMP

U.S. DISTRICT JUDGE

Appearances:

FOR THE GOVERNMENT              John S. Kastrenakes, AUSA, and
                                Stephen Carlton, AUSA

FOR THE DEFENDANT               Howard Srebnick, ESQ., and
                                John F. O'Donnell, ESQ.

Reporter                        Stephen W. Franklin, RMR, CRR, CPE
(561)514-3768                   Official Court Reporter
                                701 Clematis Street, Suite 417
                                West Palm Beach, Florida  33401

FILED BY
2007 JUL 16 PM 2: 14

(Call to the order of the Court.)

THE COURT:  The next matter is United States versus Masilotti.

All right.  Counsel state their appearances, please.

MR. KASTRENAKES:  Good morning, Your Honor.  John Kastrenakes and Stephen Carlton, on behalf of the United States.  Seated with us at counsel table is special agent John Munnet (phonetic) of the FBI, and special agent Lisa Kuitz (phonetic), of the IRS.

THE COURT:  All right.

MR. SREBNICK:  Good morning, Judge.  Howard Srebnick, Jack O'Donnell, on behalf Tony Masilotti, who stands before the Court.

THE COURT:  All right.  You've reviewed the presentence report with your client?

MR. SREBNICK:  Yes.

THE COURT:  You have filed some objections, and I've seen the Government's response to your objections.  Are any of these objections those you'd like to pursue?

MR. SREBNICK:  None of them affect the computation of the guidelines or the statutory maximum, Judge.  I believe anything of substance has already been resolved.

THE COURT:  All right.  You may be seated, if you please.

All right.  You may proceed with your allocution.

MR. SREBNICK:  Thank you, Judge.

Good morning, Judge.

THE COURT:  Good morning.

MR. SREBNICK:  I think the Court knows at this point that the parties have tied each other's hands regarding the sentencing recommendations.  There's a statutory maximum 60-month sentence, and the guidelines would exceed that, and by stipulation the parties have agreed not to argue anything different.

However, I would like an opportunity to present to the Court several matters and individuals who have come to court today in support of Mr. Masilotti, and I think it would be relevant to an issue that we also will be raising at the end of the proceeding, which is the request for voluntary surrender.

The Court has received, I assume, all of the letters that we've submitted?

THE COURT:  I have received them and I have read them.

MR. SREBNICK:  We also submitted under seal a matter regarding the health condition of Mr. Masilotti.

THE COURT:  I have read that, yes.

MR. SREBNICK:  Very well.

Judge, at this time if I could ask, we have several

people who would like to be heard by the Court very briefly. Would that be acceptable to the Court?

THE COURT:  It would be, yes.

MR. SREBNICK:  Okay.  John Paul Sasser here? Judge, let me introduce to the Court John Paul Sasser, who would like to address the Court briefly.

THE COURT:  All right.  If you would administer the oath.

THE COURTROOM DEPUTY:  Please raise your right hand.

(The witness is sworn.)

THE COURTROOM DEPUTY:  Please spell your late name for the court reporter.

THE WITNESS:  S-a-s-s-e-r.  And it's James Paul Sasser.

First of all, I would like to thank you for this opportunity.  And I am here today representing the City of Pahokee.  And I know Your Honor is aware that the entire city commission plus our city clerk wrote a letter in support of Tony Masilotti, but what I would like to speak to today is why we did that.

And I think when -- one off the cuff thing would be, well, obviously he gave your city a tremendous amount of financial aid and support, so obviously you're going to stand here today in his defense.  But that would be missing the

Page 5

point.

Out in the Glades, and in Pahokee in particular, we have been neglected for a great many years, and Tony and his staff took the opportunity to come out to the Glades and get to know us. And what I mean by that is it didn't matter if it was he or his staff attending our commission meetings or private -- meetings in private homes. He got to know the community on a more personal level.

And it's been very well documented that Tony has a reputation of being arrogant, very -- it was in the Post today. I'm not even going to go there. We write that off to just being a Yankee in Pahokee, and we didn't allow it. We said, no, if you're going to come out here and be with us you can leave all of that at 20-mile Bend.

So over the years as we developed our relationship with Tony, we were allowed to see a different side, a man who let his guard down, a man who let us be ourselves. And we were able to air our dirty laundry in our community and point out the areas where we needed help.

What made Tony special to us is as he went around the community and he got to know us, he said, you know, you have a great many elderly people here who don't have much. I notice you have a building that's unused. Why don't we put an elder -- something for the elderly people to do. He actually got our elderly program up and running.

The list goes on and on.  It wasn't that we said, hey, we need -- we're trying to do this, Tony, we need the money.  That went on, too.  But he, because he got to know us, and he showed us areas where we could use help and he offered his assistance there.

Father John Mericantante, who is our priest with St. Mary's Catholic Church, could not be here today.  He is out of town.  He represents the poorest of the poor in our community.  Most of his congregation is undocumented.  Father John approached Commissioner Masilotti about the dangerous drinking water conditions that we have in our community.  Out of that grew of $60 million regional water treatment plant that the County, because of Tony, is building in the Glades.

Again, I can go on and on about what he has done for us.  But why we are here is he became our friend, and each of our commissioners, whether it's our Vice-Mayor Crawford, who kinda has the rec. department under his wing, Commissioner Biggs, who works with the seniors, Commissioner Babb, who kinda works with our infrastructure, Commissioner McEntire, who works with education, each one of these commissioners has established a personal relationship with Tony, and that has helped us in our community.  We have a working relationship with the County today that has been very beneficial to our community because of what Tony helped us set up.

We were devastated by the three hurricanes.  Wilma in particular we were cut off from the outside world for almost 48 hours.  Commissioner Masilotti had to fly out in a helicopter to get to us, and I had to drive through the sugarcane fields to meet the helicopter to find out what our needs were.  Tony's staff out of their office and their families came out with chainsaws and literally worked side by side with us in our community to help clean our streets.  So you can see the special relationship that we have built with him.

In my opinion he has suffered.  And in no -- let me back up.  We know why we're here today, and I'm offering no excuses.  But what I'm trying to get the Court to understand is we know the other side, which I think, from what I'm reading in the paper, a lot of people have never been allowed to get to know.

He has suffered financially.  He's suffered personally.  He's been publicly humiliated.  And how -- why -- how that weighs against what he has done I'm leaving up to you.  But I really stand before you today on behalf of the citizens of Pahokee to know that we have seen the compassionate side of Mr. Masilotti.  He has allowed us to see him at his most vulnerable, and it's unfortunate that a lot of people have not been able to see that.

And I would ask you to please, when you make your

Page 8

decision, to consider the entire character of the man.  There is a reason that a community would stand behind him and its entire city commission would write letters of support.  Its senior citizens wrote letters of support.  He -- he has done wonders for our community.

And I also would like to add we are currently paying for that.  We are treated now like we got preferential treatment.  So our current county commissioner has stopped all funds to the Glades and has told us to get ready for a lot less.  So we've paid the price, too.  And I want to thank you for this opportunity.

THE COURT:  Thank you.

Anyone else?

MR. SREBNICK:  Yes, Judge.

THE COURTROOM DEPUTY:  Please raise your right hand.

(The witness is sworn.)

THE COURTROOM DEPUTY:  Please state your name for the record and spell your last name.

THE WITNESS:  Robert Hill, H-i-l-l.

Judge, I'm here today because I'm a 25-year friend of Mr. Masilotti and his family.  And during those years, I've been able to see a lot of things transpire, the character of the man who stood up not only with his family and carried them through rough times as well as good, but

also the communities that he served.

I wanted to point out that Mr. Masilotti's sentence did start at the times when he started to be kind of attacked in the papers with everything that came up, from personal issues to his -- you know, his daughter's wedding and whatever could possibly come about, the health of his back or getting assistance at an airport. And it just kind of went on and on.

But one thing in particular I'd like you to try to consider, and I'll certainly be brief here, is that during this time, you know, it's been a financial trouble for himself but also his family has suffered. There's been minor changes in that area.

And one of the areas I'm mostly concerned about is the health of his youngest daughter Julie. I've personally witnessed her decline, as well as some of the progress that she's made with the support of both her parents and especially her father at her side. And it's a very fragile situation. I'm certainly not any kind of an expert to go into it any further, but I do see this as something that if you could please consider as you -- and we all trust that you put your decision together to try to move forward to rectify whatever debt to the community Mr. Masilotti has to pay as you determine.

Just please consider the unique and fragile

Page 10

situation with the health of his young daughter. And that's all. Thank you, sir.

THE COURT: Thank you.

THE COURTROOM DEPUTY: Please raise your right hand.

(The witness is sworn.)

THE COURTROOM DEPUTY: Please state your name for the record and spell your last name.

THE WITNESS: Diana Strickland, S-t-r-i-c-k-l-a-n-d.

Your Honor, I'm not a very eloquent person. I would like to read what I've put down.

THE COURT: You may do that. Speak loudly, though.

THE WITNESS: Yes, sir.

Honorable Judge Ryskamp, I wish to thank you for the opportunity to speak on behalf of Tony Masilotti. It has been my great privilege to have been associated with Mr. Masilotti for the past 20 years of my life. I have known him throughout his years as a father, a girls softball coach, an insurance agent, has eight years as a mayor and eight years as county commissioner. I have been fortunate to have witnessed many of his acts of kindness, thoughtful deeds, generosity and unfailing willingness to go the extra distance to help people in need.

Throughout his career as an insurance agent, he was

always there to help his insureds.  Not only was he there to help with insurance or claims, but as their friend.  He was and is still held in very high regard by his clients.  Every day that passes, people ask me have you heard from Tony, how is Tony, please let him know I miss him, I appreciate all he has done for us, is there anything I can do to help him, and let him know we love him.  Not everybody says the same thing, but all of these phrases are spoken.  They're still spoken today, and I know they will be spoken for many, many years to come.

Over the years, I've personally witnessed his generosity with his time.  He has devoted untold hours to all his constituents in the Village of Royal Palm Beach as mayor and within his district as county commissioner.  He has made certain that everyone in his district benefitted from his tireless efforts to improve the communities in which they live through his efforts with Palm Beach Fire Rescue, Palm Beach Sheriff's Office, city police departments.  He has strived to make the community a safe haven for all his residents.

If you were able to review his accomplishments while in office as a mayor and commissioner, you know there are far too many to list.  Without a doubt, you have knowledge of charges brought against Mr. Masilotti.  I wanted to make certain you understand the depth, breadth and weight

of the good he has accomplished.  He has done everything he could to help provide the best cities, towns and neighborhoods for all of the people he represented.  He has done all of this -- all of these things professionally with great pleasure and much pride.  He is truly a dedicated man.  He worked tirelessly to accomplish all that was asked of him by his constituents.

At this time, I wish to plead with you to weigh all the good he has created, all the fairness he has exhibited throughout his many years of public service and apply this knowledge to your decision.

He is a loving and dedicated father to all four of his girls.  They need his presence in their lives.  They require his love and his guidance.  All his daughters deserve to have their father with him.  However, of his daughters, his youngest has been the one person that has been most devastated.  Her health is in jeopardy.

I'm sorry.

And her need for her father is greater today than at any other time in her very young life.  It has taken months of specialized treatment and therapy to revive her.  I fear for her every day.  Yes, she has made progress, but that progress has been due to the ability -- for his ability to be with her, to help her in every way that he can.  The bond between them is great.  Her very world has been stripped

Page 13

away, and she is so young and her suffering has been so vast, to remove Tony from her daily life can destroy her chance she may have at what we deem is a healthy normal life.

I can only imagine the pain, sadness and suffering that has been felt by her and her sisters. I truly do not feel that any sentence you give can serve any purpose here today. The torment and guilt that Tony has felt for the pain and suffering experienced by his daughters is the most severe punishment. His youngest daughter needs her father now more than ever. No justice can be served when the result is a broke and innocent child.

In this respect, I implore you to use your power to protect her life, to give her the father she so desperately needs. There is no substitute for her father. I beg you for leniency when you consider your sentence of Tony Masilotti. Sir, I know of no one more deserving of that leniency than Tony Masilotti.

It has been my most sincere honor to be in your presence today so that I could speak with you. I know I'm not alone in my plea, as I know there are many who would be here today if possible.

I am requesting compassion I've solicited from you today. I respectfully submit this request to you on behalf of a most honorable, respected, dedicated and loving father and friend to so many people.

Page 14

Thank you, sir.

THE COURT:  Thank you.

MR. SREBNICK:  One moment, Judge.

(The witness is sworn.)

THE COURTROOM DEPUTY:  Please state your name for the record and spell your last name.

THE WITNESS:  Father Leo Armbrust, A-r-m-b-r-u-s-t.

Good morning, Your Honor.

THE COURT:  Good morning.

THE WITNESS:  In 1993, I was assigned as administrator of Our Lady Queen of the Apostles Catholic Church in Royal Palm Beach.  At that time, Tony Masilotti was the Mayor of the City of Royal Palm Beach and also became a parishioner of mine, as did his wife Susan and his four daughters.

I've known Tony for 14 years.  In that time, he has not only been a parishioner of mine but also my insurance agent at State Farm.  Some years ago when his father died I noticed a significant personal development in his life that brought him a great deal of pain and suffering.  In the time that I knew him, he was always the first to let me know people within the community of Royal Palm Beach that were suffering who needed attention that either the parish or I myself personally could provide.

I recall one city councilwoman, Carmella Starace,

whose young son died unexpectedly at the age of 26.  And I did not know Carmella at the time.  Tony was the one who called me up, had me visit the family, and I celebrated his funeral mass.

I can think of countless people in the City of Royal Palm Beach who have benefitted because they knew Tony as mayor.  And if he saw a problem or he recognized an issue or some area of suffering in people's lives, he was the first one to try to do something to resolve it, or at least in some way try to heal it.

I'm not here to excuse or condone his behavior which has brought him to this point.  But like the others who have preceded me, I would like to testify to another side of his character.

Tony can do nothing for me now except be my friend. The greatest debt he owes to himself is what he has to do in terms of the rest of his life and facing the consequences of his actions.

For the most part, his family is considerably fractured.  He's lost his reputation in this community.  He's lost his business.  He's lost a lot because of what he's done.  I'd like to think that at this point of his life as a man, considering what he's lost and what has happened, to change -- a chance for him to transform his life.  I pray for that every day.

Page 16

But I'm here to stand before you and tell you that this is not a bad man.  There's a lot of goodness in him.

God bless you.

THE COURT:  Thank you.

MR. SREBNICK:  One last witness, Judge.

THE COURT:  All right.

THE COURTROOM DEPUTY:  Please raise your right hand.

(The witness is sworn.)

THE COURTROOM DEPUTY:  Please state your name for the record and spell your last name.

THE WITNESS:  Victoria Yaun, Y-a-u-n.

Good morning, Your Honor.

THE COURT:  Good morning.

THE WITNESS:  I don't have a prepared speech.  I'm just here before you as a very longtime friend of Tony, over 20 years.  Worked with him on a daily basis.  Feel that I'm part of his family.  He welcomed me into his family.

And I just feel that if you could please just consider what has happened toward his sentence sort of as a time served, in a way.  I mean, he has really paid already for a lot that he's done, and I just wish that could be a consideration.

Thank you.

THE COURT:  Thank you.

MR. SREBNICK:  Thank you.

Judge, although the plea agreement ties the hands of the parties in terms of our recommendation for sentencing, paragraph 6 of the plea agreement does allow the presenting the factual information, as we have done this morning, to assist the Court under Title 18, United States Code, 3553, in fashioning what the Court believes is the appropriate sentence, there being no mandatory minimum and a statutory maximum of 60 months.

Perhaps the Government will have a few words to say when I turn over the lecturn.  What I'd like to emphasize today is that Mr. Masilotti, having accepted responsibility, pleading to an information, and as is reflected in the plea agreement, has met with the Government to provide them the information regarding his misconduct.  The community has spoken to you today, Judge, both in person and through the letters, the many letters written.  And after the Government speaks, if I could have a brief opportunity to respond and to address the issue of voluntary surrender.

Thank you, Judge.

THE COURT:  All right.  Does the Defendant wish to address the Court?

MR. SREBNICK:  One moment, Judge.

(Brief pause in proceedings.)

MR. SREBNICK:  Yes, Judge.  He will approach the

Page 18

lecturn briefly.

THE COURT:  You don't have to be sworn.

THE DEFENDANT:  Okay.  Thank you.  I'm sorry.

Your Honor, I'm here this morning for sentencing, and my life is in your hands.  I just want to take a moment and let you know that I'm truly sorry for what's happened over the years.  My inability to make disclosure on family investments is my fault, and my fault alone.  I accept full responsibility for it.  I just ask you for mercy in your sentencing.

Thank you, sir.

THE COURT:  Thank you.

I'll hear from the Government at this time.

MR KASTRENAKES:  Thank you, Your Honor.

Your Honor, I believe it'd be inappropriate for the United States to take its position on a self-surrender until after the Court imposes sentence.

THE COURT:  All right.

MR KASTRENAKES:  And I would like to be heard at that time, since I understand that request will be made.

Our position with regard to the sentence in this matter was fully set forth in our sentencing memorandum which was filed with the Court.  I would make a couple of observations.

First, to Mayor Sasser, of Pahokee.  It was

Mr. Masilotti's job to service your community, as it is any elected county commissioner from that district.

I say to Father Armbrust, thanking him for his appearance here today.  But as the Court knows, part of the Defendant's crime was a strong-arming of the Roman Catholic Diocese and the taking of money related to property that they owned and the steering of that property to a coconspirator.

The bottom line here, Your Honor, is that the Defendant was a lawbreaker and used his position as a lawmaker to commit his crimes.  The people of this community who expected the Defendant to be making his decisions based on their best interests were duped because he was making many of his decisions based on his own best interests.

This case calls for a sentence of 60 months' imprisonment, and the United States respectfully asks the Court to impose that sentence.

As a corollary to the Court's sentence, I would comment to the Court that the presentence investigation report notes that the Defendant has an ability to pay a fine within the guideline range, and the United States would endorse that recommendation to the Court.

Further, this court must, as part of its sentence, orally pronounce the forfeiture of the property set forth in paragraph 13 of the plea agreement and consistent with an order previously entered in this case regarding the

forfeiture of those assets, which include:  $175,000 in cash which has already been forfeited; 40 acres of real property in Martin County; and 300 acres in -- of real property in Brevard County.

Thank you.

THE COURT:  All right.

MR. SREBNICK:  Judge, nothing other than the voluntary surrender request and other issues regarding the J&C.

THE COURT:  All right.  Let me start out by saying that this is a sad day, and it's -- when our system of government, which is a republic, we send people to represent us to do the work of our government, and there is a certain amount of trust that is involved whenever we do that.  And it's a sad day when we find that that trust has been misplaced.

I've heard from many people through letters and through oral communications about the good that Mr. Masilotti has done, and I don't doubt that for a moment.  I'm sure that he would not have been elected to these various positions if people did not see a lot of good in this man and reelect him based upon the things that he had done while in office.

I know in interpersonal relationships we often deal with others on the basis of a kind of balanced books type of accounting.  We look to the good they've done and then we

look to maybe the bad, and we say if there's more good than bad then they come out as a positive.  And all of us have faults.  All of us have probably wronged others at times.  But in dealing with others we say, well, look at good, there's more good than bad, and we just kind of balance the books.

That does not work in the criminal justice system.  We do consider this in some regard, but the fact that somebody has lived a good life, done a lot of good and then commits a crime is not a reason for excusing the crime, and that just does not work in the criminal justice system.

And we had a man of the Cloth here, and although people may vary in their theological views, I don't think it works in theology either.  It isn't a balance of books type of thing.  But we have to deal with this particular problem.

The -- the concern for the family comes up in just about every sentencing I have to some degree or another.  Every time a defendant is sentenced there is an impact on the family.  And certainly the Court is cognizant of that, and we'll deal with the self-surrender issue later on, but unfortunately it isn't the one who commits the crime who always suffers the most.  Sometimes it's the friends and family of those people.

Now, the -- the approach has been to the Court for leniency.  And I would like to point out that under the

guidelines of the Sentencing Commission, as authorized by the Congress of the United States, in evaluating the conduct in this case we would be looking at a 20-year sentence.  The leniency has already been granted by the federal government in the way that this case has been charged.  And I'm not saying that it isn't warranted.  I think it certainly is warranted.

I would commend the Government for the way they have charged this case and handled it.  I would commend defense lawyers who have negotiated a very good plea agreement, a very fair one.  I commend the Defendant for his acceptance of responsibility, for his willingness to forfeit the properties, for his cooperation in this matter.  So I think that the leniency has already been taken care of in a reduction from an area of 20 years down to five years.

I would also commend the media in this case.  Probably I'm talking specifically about the Palm Beach Post, because I believe that due to their diligence by looking into the divorce situation they initially reported some of these transactions which pique the curiosity of the FBI and other law enforcement officers.  And in a free country we need a very diligent media to watch and make sure that our public servants are performing the way they should.  Not all cases are brought just by diligent law enforcement, but sometimes it's through careful observation, especially as the media has

a responsibility under the First Amendment and under a free society.  So I would commend the Post also for their diligence in this matter.

The plea agreement pretty much indicates exactly the Government's position and the Defense position.  I'm sure that any defense lawyer would be remiss if he didn't try to do a little better, but under the situation I think they are pretty well locked in.  There's even an appeal waiver.

So by this proceeding, we've avoided a lengthy grand jury investigation, because there was no indictment, it was an information, we've avoided a lengthy trial in this case, we've avoided an appeal, and all of these considerations were given by the Government in lieu of the Defense position taken in this case.

I believe that a fair sentence was negotiated, and I will impose that sentence of 60 months, which was indicated by the -- by the plea agreement.

So the Court has considered the statements of all parties, the presentence report which contains the advisory guidelines, and the statutory factors.

It is the finding of the Court that the Defendant is able to pay a fine.

It is the judgment of the Court that the Defendant, Anthony R. Masilotti, is committed to the Bureau of Prisons to be imprisoned for 60 months.  It is the judgment -- it is

ordered that the Defendant shall pay to the United States a total fine of $25,000.

The fine is payable to the Clerk, United States Courts, and is to be forwarded to the U.S. Clerk's office, Attention Financial Section, 301 North Miami Avenue, Room 150, Miami  Florida.

The fine is payable immediately.  The U.S. Bureau of Prisons, the U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.

Upon release from imprisonment, the Defendant shall be placed on supervised release for a term of two years.

Within 72 hours of release, the Defendant shall report in person to the probation office in the district where released.

While on supervised release, the Defendant shall not commit any crimes, shall be prohibited from possessing a firearm or other dangerous device, and shall not possess a controlled substance, and shall comply with the standard conditions of supervised release, including the following special conditions:

Defendant is prohibited from associating with Daniel Miteff while on supervised release.

Defendant shall participate in an approved program for evaluation and/or treatment for problem (sic) and/or pathological gambling.  Further, the Defendant will

contribute to the cost of services for such evaluation and/or treatment based upon ability to pay or availability of third-party payment.

The Defendant shall cooperate fully with the Internal Revenue Service in determining and paying any tax liabilities.

Defendant shall provide to the Internal Revenue Service all requested documents and information for purposes of any civil audits, examinations, collections or other proceedings.

It is further ordered that the Defendant file accurate income tax returns and pay all taxes, interest and penalties due and owing by him to the Internal Revenue Service.

The Defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. probation officer.

I believe the Government felt that there was a need for me to recite the forfeiture provisions.  Could you tell me what paragraph that is?

MR KASTRENAKES:  Yes, Your Honor.  It's in paragraph 13 of the plea agreement.

THE COURT:  All right.

MR KASTRENAKES:  And the Court can indicate in its pronouncement that it's forfeiting -- ordering the forfeiture

of those properties contained in that paragraph, as well as those properties that are in the order signed already by the Court in this case.

THE COURT:  All right.  The Defendant will forfeit the sum of $175,000 in cash, which money is to be transferred to the escrow account of Defendant's counsel and given to the Internal Revenue Service upon acceptance of the plea.

That may have already been done.

MR KASTRENAKES:  It has, Your Honor.

THE COURT:  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements located in Martin County, Florida, and more particularly described in Paragraph B of the forfeiture provision of the information.

Has that been taken care of?

MR KASTRENAKES:  Yes, through the preliminary order of forfeiture, Your Honor, it has.

THE COURT:  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements located in Brevard County, Florida, with tax account numbers 3010494, 3010495, and 3001886, more particularly described in Paragraph C of the forfeiture provisions.

Has that been taken care of?

MR KASTRENAKES:  Again, Your Honor, yes, consistent

Page 27

with the preliminary order of forfeiture entered by this court.

THE COURT:  All right.  All interest in Micco, M-i-c-c-o, Eastern Holdings, LLC.  This is a tax number, 20-0-2897958.  Has that been taken care of?

MR KASTRENAKES:  Yes, Your Honor.

THE COURT:  All interest in the ARM Family Land Trust.  Has that been taken care November.

MR KASTRENAKES:  Yes, sir.

THE COURT:  Is there anything further?

MR KASTRENAKES:  And just consistent with the order of the Court previously entered, the forfeiture -- you've already entered a preliminary order of forfeiture.

THE COURT:  All right.  And that order is restated here at this time.

MR KASTRENAKES:  Right.

THE COURT:  The Defendant shall immediately pay to the United States a special assessment of $100.

Now that sentence has been imposed, does the Defendant or his counsel object to the Court's finding of fact or the manner in which the sentence was pronounced?

MR. SREBNICK:  No, Judge, but we do have some requests.

THE COURT:  Hold on just a minute.

Do you understand that you have a right to appeal

Page 28

the sentence -- no, he waived the appeal; forget that.

You may proceed.

MR. SREBNICK:  Yes, Judge, he did in the plea waive the appeal.

We have a few requests.

Consistent with paragraph 86 of the PSI, we would ask that the Court recommend the RDAP residential drug alcohol program while he's incarcerated.

THE COURT:  I'll recommend that.

MR. SREBNICK:  We would request that the Court make a nonbinding, of course, nonbinding recommendation for a designation in Florida or as close to Florida as possible, at the least restrictive security facility that he would qualify for.

THE COURT:  I'll make that recommendation, and probably Eglin would be the best recommendation.

MR. SREBNICK:  And then, of course, we'd like to make a motion at this time for voluntary surrender, and if I could be heard on that?

THE COURT:  Certainly.

MR. SREBNICK:  There's no issue.  Mr. Masilotti is not a flight risk.  He has complied with all of his conditions.  Indeed was given the privilege of traveling while under pretrial release.  Has complied with all orders of the Court.

As the Court itself noted, this is a person who waived and therefore saved the resources of the Government regarding a grand jury investigation.  Likewise, waived and proceeded by way of plea.

I believe he has shown, both through his own conduct and from what you've heard today from the community, he will abide by whatever surrender date the Court would set.

We have tendered and you have received the letter of the doctor, treating doctor, Mr. Masilotti's daughter. And rather than get into the details, I think the Court probably has a good a picture as I could paint for the Court, having read that letter.

His daughter is scheduled for a residential medical treatment beginning July 10, and that treatment will occur outside of Florida, in Illinois.  And we expect that it will take 30 to 60 days to complete.  She's 11 years old, Judge. Mr. Masilotti has been the primary caregiver, with the assistance of his wife, who's had some travel issues.  But during those times, it's Mr. Masilotti himself who is the primary caregiver for his daughter.

And what we're asking for is a self-surrender date of 60 days from today so that he can accompany his daughter and be with her while she is in the medical facility in Illinois.

As a side note, many defendants are granted that

privilege, and indeed it is a major savings of resources for the Court, the Government, the Marshals Service not to have to transport a defendant who is surrendering, for example, here in Palm Beach, to a facility, as the Court pointed out, perhaps in Pensacola or elsewhere, for a defendant who the Court is comfortable with self-surrender.  It appears to be an efficient use of resources to have him surrender directly to the institution.

That privilege having been granted in many instances, it appears to me that Mr. Masilotti would qualify for a self-surrender date.  We're requesting 60 days precisely based on his daughter's medical treatment.  And it typically takes roughly, in my experience, between 30 and 45 days for the Marshals Service to designate a person to a particular facility.  Perhaps they've accelerated that time frame, but that's been my experience.

And so we've requested 60 days based on those two factors:  The self-surrender date being determined by the marshals, and the time that the doctors estimate his daughter will be in this residential facility outside the state of Florida.

If I could just have a moment to consult with co-counsel?

THE COURT:  Certainly.

(Brief pause in proceedings.)

MR. SREBNICK:  I expect that the Government will note the nature of the case and the need for punishment to be imposed.  And, of course, the Court has imposed a sentence. The delay in starting that sentence doesn't change anything in terms of punishment.  He'll do the full time that he has to do.  Really, this is a request for the benefit of his daughter.

That's all I have, Judge.

THE COURT:  All right.  I'll hear from the Government on that.

MR KASTRENAKES:  Thank you, Your Honor.

Your Honor, many requests that you get in the form of self-surrender are cases where the Defendant does not know what sentence the Court's going to impose.  Since January of this year, the Defendant knew and was bound by the plea agreement, and he knew he was going to get five years in prison.  He's had six months to prepare for this day.

Further, Judge, it's not a case where the United States has ever misled counsel for the Defendant or the Defendant himself about its position with regard to a self-surrender.  We have consistently since January told the Defense we would not agree to that.  As late as last week I told them that we would not agree to that.

Your Honor, further, the reason that the United States, again, doesn't agree is not only because of the time

that's passed, the knowledge the Defendant knew he was going to be going to prison, but also the daughter's condition, without going into any detail, is something that has been long-standing.  It's not a critical situation at this moment that has not been happening in the past for the past year.

Finally, Judge, the statute governing this, most respectfully, commands the Court to incarcerate the Defendant.  Under 3143(b), when the Court sentences the Defendant to a term of imprisonment, the Defendant shall be detained unless:  A, he is not a flight risk -- and I'm not going to talk about that aspect because I've agreed to let him travel in the past.  Obviously, the United States believes he's not a flight risk.  But the second condition, which is a necessary corollary of the first, must also be met.  And that is that there is an appeal that is not frivolous that would result in a lesser sentence or would result in a new trial.

As counsel has noted and the Court has noted, there is not to be an appeal in this case.  The Defendant has waived appeal.

Under 3143(b), then, the Court must and should remand the Defendant into custody.

Thank you.

THE COURT:  Did you say that was "and" -- those two conditions were "or" or "and"?

Page 33

MR KASTRENAKES:  It's "and", Your Honor, most respectfully.

The difference between after the Defendant pled guilty and the time of sentencing is an "or" condition.  And the United States in this case, and in many other cases, has agreed -- had agreed to let the Defendant remain on the same conditions of bond.

Today's judgment day, Judge.  He's been sentenced to 60 months' imprisonment.  The community needs to see that this court's pronouncement of sentence will be executed forthwith.  The community needs to see the Defendant go into custody.  That's what the law requires.

Thank you.

THE COURT:  Counsel, the way I read the -- the report from the doctor is it seems like this is an ongoing thing, that there's never going to be a good time for -- for the Defendant to leave her side.  And I know that this is a new treatment that is coming up, but won't we be facing the same problem in another 30 or 60 days?

MR. SREBNICK:  My understanding is that the residential program is a 30- to 60-day program away from her home.  This is the second visit she's had to an out-of-state facility.  That is true.  The difference is that she's not going to be here at home.  Someone, an adult, has to be with her, a family member, and obviously her parents are the

choice.

The answer to your question is hopefully it won't happen again. That's the whole point of her going to this program, the medical treatment she's receiving, is that it's on a short-term 30- to 60-day basis. And what we're asking for is simply to allow the daughter to be accompanied by her father.

I think that Mr. Kastrenakes sort of overstates his case when he talks about us knowing about the fact that he'd have a judgment day, and of course all of that is true. But the daughter's health condition is something totally outside of the control of the lawyers and Mr. Masilotti.

Let me also add that the Government cited to you the statute regarding bail pending appeal. And, of course, that's not what we're asking for. And the Government routinely agrees to voluntary surrender in cases where defendants are not appealing. That's the majority of cases, frankly, where the Court grants voluntary surrender when there is no appeal.

And so the only factor as I see it, Judge, is is the Defendant a flight risk, and the Government concedes that he's not; and is there a valid reason why we are asking for a very brief delay, considering that he's going to be in custody for 60 months, is asking for the 30 or 60 days to let him accompany his daughter and let him be with her for her

benefit?  It's going to be no pleasure cruise for Mr. Masilotti.  This is not any fun at all.  This is a serious medical problem that his family is facing, and his daughter will benefit tremendously by allowing her father to be with her while she's being examined by doctors in a foreign place.  After all, she's only 11 years old, Judge.

THE COURT:  Well, the Government, on numerous occasions, has allowed self-reporting in certainly cases more egregious than this.  I will grant what I usually do is report in 45 days or when designated, whichever comes first.  Usually 45 days is the time it takes to designate.  I have no doubt that he will report, and I don't see any reason to hold him here in light of the critical family situation.  But if he's not designated in 45 days, he will self-report to the marshals here.

All right.  Anything further?

MR. SREBNICK:  No, Judge.

MR KASTRENAKES:  Not from the United States.

THE COURT:  All right.  Thank you.

(Proceedings concluded.)

\* \* \* \* \*

I N D E X

Statement by James Paul Sasser          4

Statement by Robert Hill                8

Statement by Diana Strickland          10

Statement by Leo Armbrust              14

Statement by Victoria Yaun             16

Statement by Anthony R. Masilotti      18

\* \* \* \* \*

E X H I B I T S

(None.)

\* \* \* \* \*

CERTIFICATE

I, Stephen W. Franklin, Registered Merit Reporter, and Certified Realtime Reporter, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated this 12th day of JULY, 2007.

*Stephen W. Franklin*
Stephen W. Franklin, RMR, CRR

## A

abide (1) 29:7
ability (4) 12:23,23 19:19 25:2
able (5) 5:18 7:24 8:23 11:21 23:22
above-entitled (1) 36:17
accelerated (1) 30:15
accept (1) 18:8
acceptable (1) 4:2
acceptance (2) 22:12 26:7
accepted (1) 17:12
access (1) 25:15
accompanied (1) 34:6
accompany (2) 29:22 34:25
accomplish (1) 12:6
accomplished (1) 12:1
accomplishments (1) 11:21
account (2) 26:6,21
accounting (1) 20:25
accurate (1) 25:12
acres (2) 20:2,3
actions (1) 15:18
acts (1) 10:22
add (2) 8:6 34:13
address (3) 4:6 17:19,22
administer (1) 4:7
administrator (1) 14:11
adult (1) 33:24
advisory (1) 23:19
affect (1) 2:21
age (1) 15:1
agent (5) 2:8,9 10:20,25 14:18
ago (1) 14:18
agree (3) 31:22,23,25
agreed (4) 3:9 32:11 33:6,6
agreement (9) 17:2,4,14 19:24 22:11 23:4,17 25:22 31:16
agrees (1) 34:16
aid (1) 4:24
air (1) 5:18
airport (1) 9:7
alcohol (1) 28:8
allocution (1) 3:1
allow (3) 5:12 17:4 34:6
allowed (4) 5:16 7:15,22 35:8
allowing (1) 35:4
Amendment (1) 23:1
AMERICA (1) 1:3
amount (4) 4:23 20:14
and/or (3) 24:24,24 25:1
answer (1) 34:2
anthony (3) 1:6 23:24 36:8
apostles (1) 14:11
appeal (10) 23:8,12 27:25 28:1,4 32:15,19,20 34:14,19
appealing (1) 34:17
appearance (1) 19:4
appearances (2) 1:14 2:4
appears (2) 30:6,10
apply (1) 12:10
appreciate (1) 11:5
approach (2) 17:25 21:24
approached (1) 6:10
appropriate (1) 17:7
approved (1) 24:23
appurtenances (2) 26:11,19
area (3) 9:13 15:8 22:15
areas (3) 5:19 6:4 9:14
argue (1) 3:9
ARM (1) 27:7
Armbrust (3) 14:7 19:3 36:6
arrogant (1) 5:10
asked (1) 12:6
asking (5) 29:21 34:5,15,22,24
asks (1) 19:15
aspect (1) 32:11
assessment (1) 27:18
assets (1) 20:1
assigned (1) 14:10
assist (1) 17:6
assistance (3) 6:5 9:7 29:18
associated (1) 10:17
associating (1) 24:21
assume (1) 3:17
attachments (2) 26:12,20
attacked (1) 9:3
attending (1) 5:6
attention (2) 14:23 24:5
Attorney's (1) 24:8
audits (1) 25:9
AUSA (2) 1:15,15
authorized (1) 22:1
availability (1) 25:2
avenue (1) 24:5
aided (3) 23:9,11,12
aware (1) 4:18
A-r-m-b-r-u-s-t (1) 14:7

## B

B (2) 26:13 36:10
Babb (1) 6:19
back (2) 7:12 9:6
bad (4) 16:2 21:1,2,5
bail (1) 34:14
balance (2) 21:5,14
balanced (1) 20:24
based (6) 19:11,13 20:22 25:2 30:12,17
basis (3) 16:17 20:24 34:5
Beach (11) 1:7,20 11:13,17,18 14:12,13,22 15:6 22:17 30:4
beg (1) 13:14
beginning (1) 29:14
behalf (5) 2:7,13 7:20 10:16 13:23
behavior (1) 15:11
believe (6) 2:22 18:15 22:18 23:15 25:18 29:5
believes (2) 17:7 32:13
Bend (1) 5:14
beneficial (1) 6:24
benefit (3) 31:6 35:1,4
benefitted (2) 11:15 15:6
best (4) 12:2 19:12,13 28:16
better (1) 23:7
Biggs (1) 6:18
bless (1) 16:3
bond (2) 12:24 33:7
books (3) 20:24 21:6,14
bottom (1) 19:8
bound (1) 31:15
breadth (1) 11:25
Brevard (2) 20:4 26:20
brief (5) 9:10 17:18,24 30:25 34:23
briefly (3) 4:1,6 18:1
broke (1) 13:11
brought (4) 11:24 14:20 15:12 22:24
building (2) 5:23 6:13
buildings (2) 26:11,19
built (1) 7:9
Bureau (2) 23:24 24:7
business (2) 15:21 25:16

## C

C (1) 26:22
Call (1) 2:1
called (1) 15:3
calls (1) 19:14
care (5) 22:14 26:15,24 27:5,8
career (1) 10:25
careful (1) 22:25
caregiver (2) 29:17,20
Carlton (2) 1:15 2:7
Carmella (2) 14:25 15:2
carried (1) 8:25
case (15) 1:3 19:14,25 22:3,5,9,16 23:12,14 26:3 31:2,18 32:19 33:5 34:9
cases (6) 22:23 31:13 33:5 34:16,17 35:8
cash (2) 20:1 26:5
Catholic (3) 6:7 14:11 19:5
celebrated (1) 15:3
certain (3) 11:15,25 20:13
certainly (7) 9:10,19 21:19 22:6 28:20 30:24 35:8
CERTIFICATE (1) 36:13
Certified (1) 36:15
certify (1) 36:15
chainsaws (1) 7:7
chance (2) 13:2 15:24
change (2) 15:24 31:4
changes (1) 9:13
character (3) 8:1,24 15:14
charged (2) 22:5,9
charges (1) 11:24
child (1) 13:11
choice (1) 34:1
Church (2) 6:7 14:12
cited (1) 34:13
cities (1) 12:2
citizens (2) 7:21 8:4
city (9) 4:17,18,19,23 8:3 11:18 14:13,25 15:5
civil (1) 25:9
claims (1) 11:2
clean (1) 7:8
Clematis (1) 1:20
clerk (2) 4:19 24:3
Clerk's (1) 24:4
client (1) 2:16
clients (1) 11:3
close (1) 28:12
Cloth (1) 21:12
coach (1) 10:19
coconspirator (1) 19:7
Code (1) 17:6
cognizant (1) 21:19
collections (1) 25:9
come (6) 3:12 5:4,13 9:6 11:10 21:2
comes (2) 21:16 35:10
comfortable (1) 30:6
coming (1) 33:18
commands (1) 32:7

## D

D (1) 36:2
daily (2) 13:2 16:17
dangerous (2) 6:10 24:17
Daniel (1) 24:22
date (4) 29:7,21 30:11,18
Dated (1) 36:18
daughter (12) 9:15 10:1 13:9 29:9,13,20,22 30:19 31:7 34:6,25 35:4
daughters (4) 12:14,15 13:8 14:15

commend (5) 22:8,9,11,16 23:2
comment (1) 19:18
commission (4) 4:19 5:6 8:3 22:1
commissioner (10) 6:10,18,18,19 7:3 8:8 10:21 11:14,22 19:2
commissioners (2) 6:16,21
commit (2) 19 10 24:16
commits (2) 21:10,21
committed (1) 23:24
communications (1) 20:18
communities (2) 9:1 11:16
community (20) 5:8,18,21 6:9,11,22,24 7:8 8:2,5 9:23 11:19 14:22 15:20 17:15 19:1,10 29:6 33:9,11
compassion (1) 13:22
compassionate (1) 7:22
complete (2) 25:15 29:16
complied (2) 28:22,24
comply (1) 24:18
computation (1) 2:21
concedes (1) 34:21
concern (1) 21:16
concerned (1) 9:14
concluded (1) 35:20
condition (5) 3:22 32:2,13 33:4 34:11
conditions (6) 6:11 24:19,20 28:23 32:25 33:7
condone (1) 15:11
conduct (2) 22:2 29:6
congregation (1) 6:9
Congress (1) 22:2
consequences (1) 15:17
consider (7) 8:1 9:10,21,25 13:15 16:20 21:8
considerably (1) 15:19
consideration (1) 16:23
considerations (1) 23:13
considered (1) 23:18
considering (2) 15:23 34:23
consistent (4) 19:24 26:25 27:11 28:6
consistently (1) 31:21
constituents (2) 11:13 12:7
consult (1) 30:22
contained (1) 26:1
contains (1) 23:19
contribute (1) 25:1
control (1) 34:12
controlled (1) 24:18
cooperate (1) 25:4
cooperation (1) 22:13
corollary (2) 19:17 32:14
correct (1) 36:16
cost (1) 25:1
councilwoman (1) 14:25
counsel (7) 2:4,8 26:6 27:20 31:19 32:18 33:14
countless (1) 15:5
country (1) 22:21
county (10) 6:13,23 8:8 10:21 11:14 19:2 20:3,4 26:12,21
couple (1) 18:23
course (5) 28:11,17 31:3 34:10,14
court (93) 1:1,19 2:1,2,11,14,15,18,24 3:4,5,12,13 3:17,19,23 4:1,2,3,5,6,7,13 7:13 8:12 10:3,13 14:2,9 16:4,6,14,25 17:6,7,21,22 18:2,12,17,18 18:23 19:4,16,18,21,22 20:6,10 21:19,24 23:18 23:21,23 25:23,24 26:3,4,10,18 27:2,3,7,10,12 27:14,17,24 28:7,9,10,15,20,25 29:1,7,10,11 30:2,4,6,24 31:3,9 32:7,8,18,21,24 33:14 34:18 35:7,19
COURTROOM (9) 4:9,12 8:15,18 10:4,7 14:5 16:7,10
Courts (1) 24:4
court's (4) 19:17 27:20 31:14 33:10
co-counsel (1) 30:23
CPE (1) 1:19
Crawford (1) 6:17
created (1) 12:9
crime (4) 19:5 21:10,10,21
crimes (2) 19:10 24:16
criminal (2) 21:7,11
critical (2) 32:4 35:13
CRR (2) 1:19 36:20
cruise (1) 35:1
cuff (1) 4:22
curiosity (1) 22:20
current (1) 8:8
currently (1) 8:6
custody (3) 32:2 33:12 34:24
cut (1) 7:2

daughter's (4) 9:5 30:12 32:2 34:11
day (9) 11:4 12:22 15:25 20:11,15 31:17 33:8 34:10 36:18
days (10) 29:16,22 30:11,14,17 33:19 34:24 35:10 35:11,14
deal (4) 14:20 20:23 21:15,20
dealing (1) 21:4
debt (2) 9:23 15:16
decision (3) 8:1 9:22 12:11
decisions (2) 19:11,13
decline (1) 9:16
dedicated (3) 12:5,12 13:24
deeds (1) 10:22
deem (1) 13:3
defendant (42) 1:7,17 17:21 18:3 19:9,11,19 21:18 22:11 23:21,23 24:1,10,12,15,21,23,25 25:4,7,11,15 26:4 27:17,20 30:3,5 31:13,15,19 31:20 32:1,8,9,9,19,22 33:3,6,11,17 34:21
defendants (2) 29:25 34:17
Defendant's (2) 19:5 26:6
defense (4) 4:25 22:10 23:5,6,14 31:22
degree (1) 21:17
delay (2) 31:4 34:23
department (1) 6:17
departments (1) 11:18
depth (1) 11:25
DEPUTY (9) 4:9,12 8:15,18 10:4,7 14:5 16:7,10
described (2) 26:13,22
deserve (1) 12:14
deserving (1) 13:16
designate (2) 30:14 35:11
designated (2) 35:10,14
designation (1) 28:12
desperately (1) 13:13
destroy (1) 13:2
detail (1) 32:3
details (1) 29:10
detained (1) 32:10
determine (1) 9:24
determined (1) 30:18
determining (1) 25:5
devastated (2) 7:1 12:17
developed (1) 5:15
development (1) 14:19
device (1) 24:17
devoted (1) 11:12
Diana (2) 10:9 36:5
died (2) 14:18 15:1
difference (2) 33:3,23
different (2) 3:10 5:19
diligence (2) 22:18 23:3
diligent (2) 22:22,24
Diocese (1) 19:6
directly (1) 30:7
dirty (1) 5:18
disclosure (2) 18:7 25:16
distance (1) 10:23
district (7) 1:1,1,12 11:14,15 19:2 24:13
divorce (1) 22:19
doctor (3) 29:9,9 33:15
doctors (2) 30:19 35:5
documented (1) 5:9
documents (1) 25:8
doubt (3) 11:23 20:19 35:12
drinking (1) 6:11
drive (1) 7:4
drug (1) 28:7
due (3) 12:23 22:18 25:13
duped (1) 19:12

## E

E (2) 36:2,10
easements (2) 26:12,20
Eastern (1) 27:4
education (1) 6:20
efficient (1) 30:7
efforts (2) 11:16,17
Eglin (1) 28:16
egregious (1) 35:9
eight (2) 10:20,20
either (2) 14:23 21:14
elder (1) 5:24
elderly (3) 5:22,24,25
elected (2) 19:2 20:20
eloquent (1) 10:11
elderly
emphasize (1) 17:11
endorse (1) 19:21
enforcement (3) 22:21,24 24:9
entered (4) 19:25 27:1,12,13
entire (3) 4:18 8:1,3
escrow (1) 26:6
especially (2) 9:18 22:25
ESQ (2) 1:17,17
established (1) 6:21
estimate (1) 30:19
evaluating (1) 22:2
evaluation (2) 24:24 25:1
everybody (1) 11:7

exactly (1) 23:4
examinations (1) 25:9
examined (1) 35:5
example (1) 30:3
  xceed (1) 3:8
  cuse (1) 15:11
  .cuses (1) 7:13
excusing (1) 21:10
executed (1) 33:10
exhibited (1) 12:9
expect (2) 29:15 31:1
expected (1) 19:11
experience (2) 30:13,16
experienced (1) 13:8
expert (1) 9:19
extra (1) 10:23

**F**

F (1) 1:17
facility (6) 28:13 29:23 30:4,15,20 33:23
facing (3) 15:17 33:18 35:3
fact (3) 21:8 27:21 34:9
factor (1) 34:20
factors (2) 23:20 30:18
factual (1) 17:5
fair (2) 22:11 23:15
fairness (1) 12:9
families (1) 7:7
family (15) 8:22,24 9:12 15:3,19 16:18,18 18:7
  21:16,19,23 27:7 33:25 35:3,13
far (1) 11:23
Farm (1) 14:18
fashioning (1) 17:7
father (16) 6:6,9 9:18 10:19 12:12,15,19 13:9,13
  13:14,24 14:7,18 19:3 34:7 35:4
fault (2) 18:8,8
faults (1) 21:3
FBI (2) 2:9 22:20
fear (1) 12:22
federal (1) 22:4
feel (3) 13:6 16:17,19
felt (3) 13:5,7 25:18
fields (1) 7:5
file (1) 25:11
filed (2) 2:18 18:23
Finally (1) 32:6
finances (1) 25:17
financial (4) 4:24 9:11 24:5 25:16
financially (1) 7:17
  d (2) 7:5 20:15
  .ding (2) 23:21 27:20
  .ne (5) 19:19 23:22 24:2,3,7
Fire (1) 11:17
firearm (1) 24:17
first (7) 4:16 14:21 15:8 18:25 23:1 32:14 35:10
five (2) 22:15 31:16
fixtures (2) 26:12,20
flight (4) 28:22 32:10,13 34:21
Florida (10) 1:1,7,20 24:6 26:13,21 28:12,12
  29:15 30:21
fly (1) 7:3
following (1) 24:19
foregoing (1) 36:15
foreign (1) 35:6
forfeit (2) 22:12 26:4
forfeited (1) 20:2
forfeiting (1) 25:25
forfeiture (10) 19:23 20:1 25:19,25 26:14,17,23
  27:1,12,13
forget (1) 28:1
form (1) 31:12
forth (2) 18:22 19:23
forthwith (1) 33:11
fortunate (1) 10:21
forward (1) 9:22
forwarded (1) 24:4
four (2) 12:12 14:14
fractured (1) 15:20
fragile (2) 9:18,25
frame (1) 30:16
Franklin (3) 1:19 36:14,20
frankly (1) 34:18
free (2) 22:21 23:1
friend (6) 6:15 8:21 11:2 13:25 15:15 16:16
friends (1) 21:22
frivolous (1) 32:16
full (2) 18:8 31:5
fully (2) 18:22 25:4
fun (1) 35:2
funds (1) 8:9
funeral (1) 15:4
  rther (8) 9:20 19:22 24:25 25:11 27:10 31:18,24
  35:16

**G**

gambling (1) 24:25
generosity (2) 10:23 11:12
getting (1) 9:7

girls (2) 10:19 12:13
give (2) 13:6,13
given (3) 23:13 26:6 28:23
Glades (4) 5:2,4 6:13 8:9
go (5) 5:11 6:14 9:19 10:23 33:11
God (1) 16:3
goes (1) 6:1
going (14) 4:24 5:11,13 31:14,16 32:1,2,3,11
  33:16,24 34:3,23 35:1
good (7) 2:6,12 3:3,4 8:25 12:1,9 14:8,9 16:13,14
  20:18,21,25 21:1,4,5,9,9 22:10 29:11 33:16
goodness (1) 16:2
governing (1) 32:6
government (19) 1:15 17:10,14,17 18:13 20:12,13
  22:4,8 23:13 25:18 29:2 30:2 31:1,10 34:13,15
  34:21 35:7
Government's (2) 2:19 23:5
grand (2) 23:10 29:3
grant (1) 35:9
granted (3) 22:4 29:25 30:9
grants (1) 34:18
great (6) 5:3,22 10:17 12:5,25 14:20
greater (1) 12:19
greatest (1) 15:16
grew (1) 6:12
guard (1) 5:17
guidance (1) 12:14
guideline (1) 19:20
guidelines (4) 2:22 3:8 22:1 23:20
guilt (1) 13:7
guilty (1) 33:4

**H**

H (1) 36:10
hand (4) 4:10 8:16 10:5 16:8
handled (1) 22:9
hands (3) 3:6 17:2 18:5
happen (1) 34:3
happened (3) 15:23 16:20 18:6
happening (1) 32:5
haven (1) 11:19
heal (1) 15:10
health (6) 3:22 9:6,15 10:1 12:17 34:11
healthy (1) 13:3
hear (2) 18:13 31:9
heard (6) 4:1 11:4 18:19 20:17 28:19 29:6
held (1) 11:3
helicopter (2) 7:4,5
help (9) 5:19 6:4 7:8 10:24 11:1,2,6 12:2,24
helped (2) 6:22,24
hey (1) 6:2
He'll (1) 31:5
high (1) 11:3
Hill (2) 8:20 36:4
hold (2) 27:24 35:12
Holdings (1) 27:4
home (3) 33:22,24
homes (1) 5:7
honor (19) 2:6 4:18 10:11 13:18 14:8 16:13 18:4
  18:14,15 19:8 25:21 26:9,17,25 27:6 31:11,12
  31:24 33:1
honorable (3) 1:11 10:15 13:24
hopefully (1) 34:2
hours (3) 7:3 11:12 24:12
Howard (2) 1:17 2:12
humiliated (1) 7:18
hurricanes (1) 7:1
H-i-l-l (1) 8:20

**I**

Illinois (2) 29:15,24
imagine (1) 13:4
immediately (2) 24:7 27:17
impact (1) 21:18
implore (1) 13:12
impose (3) 19:16 23:16 31:14
imposed (3) 27:19 31:3,3
imposes (1) 18:17
imprisoned (1) 23:25
imprisonment (4) 19:15 24:10 32:9 33:9
improve (1) 11:16
improvements (2) 26:11,19
inability (1) 18:7
inappropriate (1) 18:15
incarcerate (1) 32:7
incarcerated (1) 28:8
include (1) 20:1
including (2) 24:19 25:16
income (1) 25:12
indicate (1) 25:24
indicated (1) 23:16
indicates (1) 23:4
indictment (1) 23:10
individuals (1) 3:12
information (7) 17:5,13,15 23:11 25:8,16 26:14
infrastructure (1) 6:19
initially (1) 22:19
innocent (1) 13:11

instances (1) 30:10
institution (1) 30:8
insurance (4) 10:20,25 11:2 14:17
insureds (1) 11:1
interest (3) 25:12 27:3,7
interests (2) 19:12,13
Internal (4) 25:5,7,13 26:7
interpersonal (1) 20:23
introduce (1) 4:5
investigation (3) 19:18 23:10 29:3
investments (1) 18:8
involved (1) 20:14
IRS (1) 2:10
issue (5) 3:14 15:7 17:19 21:20 28:21
issues (3) 9:5 20:8 29:18
it'd (1) 18:15

**J**

Jack (1) 2:13
James (2) 4:14 36:3
January (2) 31:14,21
jeopardy (1) 12:17
job (1) 19:1
John (8) 1:15,17 2:6,9 4:4,5 6:6,10
Judge (28) 1:12 2:12,22 3:2,3,25 4:5 8:14,21
  10:15 14:3 16:5 17:2,16,20,23,25 20:7 27:22
  28:3 29:16 31:8,18 32:6 33:8 34:20 35:6,17
judgment (4) 23:23,25 33:8 34:10
Julie (1) 9:15
July (2) 29:14 36:18
June (1) 1:7
jury (2) 23:10 29:3
justice (3) 13:10 21:7,11
J&C (1) 20:9

**K**

Kastrenakes (18) 1:15 2:6,7 18:14,19 25:21,24
  26:9,16,25 27:6,9,11,16 31:11 33:1 34:8 35:18
KENNETH (1) 1:11
kind (5) 9:3,7,19 20:24 21:5
kinda (2) 6:17,19
kindness (1) 10:22
knew (5) 14:21 15:6 31:15,16 32:1
know (25) 4:18 5:5,7,21,21 6:3 7:12,14,16,21 9:5
  9:11 11:5,7,9,22 13:16,19,20 14:21 15:2 18:6
  20:23 31:13 33:17
knowing (1) 34:9
knowledge (3) 11:24 12:11 32:1
known (2) 10:18 14:16
knows (2) 3:5 19:4
Kuitz (1) 2:10

**L**

L (1) 1:11
Lady (1) 14:11
land (3) 26:10,18 27:7
late (2) 4:12 31:22
laundry (1) 5:18
law (3) 22:21,24 33:12
lawbreaker (1) 19:9
lawmaker (1) 19:10
lawyer (1) 23:6
lawyers (2) 22:10 34:12
leave (2) 5:14 33:17
leaving (1) 7:19
lecturn (1) 17:11 18:1
lengthy (2) 23:9,11
leniency (5) 13:15,16 21:25 22:4,14
Leo (2) 14:7 36:6
lesser (1) 32:16
letter (3) 4:19 29:8,12
letters (6) 3:18 8:3,4 17:17,17 20:17
level (1) 5:8
liabilities (1) 25:6
lieu (1) 23:13
life (11) 10:18 12:20 13:2,3,13 14:19 15:17,22,24
  18:5 21:9
light (1) 35:13
Likewise (1) 29:3
line (1) 19:8
Lisa (1) 2:9
list (2) 6:1 11:23
literally (1) 7:7
little (1) 23:7
live (1) 11:17
lived (1) 21:9
lives (2) 12:13 15:8
LLC (1) 27:4
located (2) 26:12,20
locked (1) 23:8
longtime (1) 16:16
long-standing (1) 32:4
look (3) 20:25 21:1,4
looking (1) 22:3,18
lost (4) 15:20,21,21,23
lot (11) 7:15,24 8:10,23 15:21 16:2,22 20:21 21:9
  26:10,18

loudly (1) 10:13
love (2) 11:7 12:14
loving (2) 12:12 13:24

**M**

major (1) 30:1
majority (1) 34:17
making (2) 19:11,12
man (9) 5:16,17 8:1,24 12:5 15:23 16:2 20:21
  21:12
mandatory (1) 17:8
manner (1) 27:21
marshals (4) 30:2,14,19 35:15
Martin (2) 20:3 26:12
Mary's (1) 6:7
Masilotti (27) 1:6 2:3,13 3:13,22 4:20 6:10 7:3,22
  8:22 9:23 10:16,18 11:24 13:15,17 14:12 17:12
  20:18 23:24 28:21 29:17,19 30:10 34:12 35:2
  36:8
Masilotti's (3) 9:2 19:1 29:9
mass (1) 15:4
matter (7) 2:2 3:22 5:5 18:22 22:13 23:3 36:17
matters (1) 3:12
maximum (3) 2:22 3:7 17:9
mayor (6) 10:20 11:13,22 14:13 15:7 18:25
McEntire (1) 6:20
mean (2) 5:5 16:21
media (3) 22:16,22,25
medical (5) 29:13,23 30:12 34:4 35:3
meet (1) 7:5
meetings (2) 5:6,7
member (1) 33:25
memorandum (1) 18:22
mercy (1) 18:9
Mericantante (1) 6:6
Merit (1) 36:14
met (2) 17:14 32:15
Miami (2) 24:5,6
Micco (1) 27:3
million (1) 6:12
mine (2) 14:14,17
minimum (1) 17:8
minor (1) 9:12
minute (1) 27:24
misconduct (1) 17:15
misled (1) 31:19
misplaced (1) 20:16
missing (1) 4:25
Miteff (1) 24:22
moment (6) 14:3 17:23 18:5 20:19 30:22 32:4
money (3) 6:3 19:6 26:5
months (8) 12:21 17:9 19:14 23:16,25 31:17 33:9
  34:24
morning (10) 2:6,12 3:3,4 14:8,9 16:13,14 17:5
  18:4
motion (1) 28:18
move (1) 9:22
Munnet (1) 2:9
M-i-c-c-o (1) 27:4

**N**

N (1) 36:2
name (9) 4:12 8:18,19 10:7,8 14:5,6 16:10,11
nature (1) 31:2
necessary (1) 32:14
need (8) 6:2,2 10:24 12:13,19 22:21 25:18 31:2
needed (2) 5:19 14:23
needs (5) 7:6 13:9,14 33:9,11
neglected (1) 5:3
negotiated (2) 22:10 23:15
neighborhoods (1) 12:3
never (2) 7:15 33:16
new (2) 32:17 33:18
nonbinding (2) 28:11,11
normal (1) 13:3
North (1) 24:5
note (2) 29:25 31:2
noted (3) 29:1 32:18,18
notes (1) 19:19
notice (1) 5:23
noticed (1) 14:19
November (1) 27:8
number (1) 27:4
numbers (1) 26:21
numerous (1) 35:7

**O**

oath (1) 4:8
object (1) 27:20
objections (3) 2:18,19,20
observation (1) 22:25
observations (1) 18:24
obviously (4) 4:23,24 32:12 33:25
occasions (1) 35:8
occur (1) 29:14
offered (1) 6:5
offering (1) 7:12

office (8) 7:6 11:18,22 20:22 24:4,8,9,13
officer (1) 25:17
officers (1) 22:21
Official (1) 1:19
Okay (2) 4:4 18:3
  d (2) 29:16 35:6
  ngoing (1) 33:15
opinion (1) 7:11
opportunity (6) 3:11 4:17 5:4 8:11 10:16 17:18
oral (1) 20:18
orally (1) 19:23
order (9) 2:1 19:25 24:9 26:2,16 27:1,11,13,14
ordered (2) 24:1 25:11
ordering (1) 25:25
orders (1) 28:24
other's (1) 3:6
outside (4) 7:2 29:15 30:20 34:11
out-of-state (1) 33:22
overstates (1) 34:8
owes (1) 15:16
owing (1) 25:13
owned (1) 19:7
O'Donnell (2) 1:17 2:13

**P**

Pahokee (5) 4:18 5:2,12 7:21 18:25
paid (2) 8:10 16:21
pain (3) 13:4,7 14:20
paint (1) 29:11
Palm (11) 1:7,20 11:13,17,17 14:12,13,22 15:6 22:17 30:4
paper (1) 7:15
papers (1) 9:4
paragraph (8) 17:4 19:24 25:20,22 26:1,13,22 28:6
parcel (2) 26:10,18
parents (2) 9:17 33:25
parish (1) 14:23
parishioner (2) 14:14,17
part (4) 15:19 16:18 19:4,22
particular (5) 5:2 7:2 9:9 21:15 30:15
particularly (2) 26:13,22
parties (4) 3:6,9 17:3 23:19
passed (1) 32:1
passes (1) 11:4
pathological (1) 24:25
Paul (4) 4:4,5,14 36:3
pause (2) 17:24 30:25
  y (7) 9:23 19:19 23:22 24:1 25:2,12 27:17
  yable (2) 24:3,7
  paying (2) 8:7 25:5
payment (1) 25:3
penalties (1) 25:13
pending (1) 34:14
Pensacola (1) 30:5
people (17) 4:1 5:22,24 7:15,24 10:24 11:4 12:3 13:25 14:22 15:5 19:10 20:12,17,21 21:13,23
people's (1) 15:8
performing (1) 22:23
person (6) 10:11 12:16 17:16 24:13 29:1 30:14
personal (5) 5:8 6:21 9:4 14:19 25:17
personally (4) 7:18 9:15 11:11 14:24
phonetic (2) 2:9,10
phrases (1) 11:8
picture (1) 29:11
pique (1) 22:20
place (1) 35:6
placed (1) 24:11
Plaintiff (1) 1:4
plant (1) 6:12
plea (13) 13:20 17:2,4,13 19:24 22:10 23:4,17 25:22 26:7 28:3 29:4 31:15
plead (1) 12:8
pleading (1) 17:13
please (16) 2:5,25 4:9,12 7:25 8:15,18 9:21,25 10:4,7 11:5 14:5 16:7,10,19
pleasure (2) 12:5 35:1
pled (1) 33:3
plus (1) 4:19
point (8) 3:6 5:1,18 9:2 15:12,22 21:25 34:3
pointed (1) 30:4
police (1) 11:18
poor (1) 6:8
poorest (1) 6:8
position (7) 18:16,21 19:9 23:5,5,14 31:20
positions (1) 20:20
positive (1) 21:2
possess (1) 24:17
possessing (1) 24:16
possible (2) 13:21 28:12
  ssibly (1) 9:6
  .t (3) 5:10 22:17 23:2
  wer (1) 13:12
pray (1) 15:24
preceded (1) 15:13
precisely (1) 30:12
preferential (1) 8:7

preliminary (3) 26:16 27:1,13
prepare (1) 31:17
prepared (1) 16:15
presence (2) 12:13 13:19
present (1) 3:11
presentence (3) 2:16 19:18 23:19
presenting (1) 17:4
pretrial (1) 28:24
pretty (2) 23:4,8
previously (2) 19:25 27:12
price (1) 8:10
pride (1) 12:5
priest (1) 6:6
primary (2) 29:17,20
prison (2) 31:17 32:2
Prisons (2) 23:24 24:8
private (2) 5:7,7
privilege (4) 10:17 28:23 30:1,9
probably (4) 21:3 22:17 28:16 29:11
probation (3) 24:8,13 25:17
problem (5) 15:7 21:15 24:24 33:19 35:3
proceed (2) 3:1 28:2
proceeded (1) 29:4
proceeding (2) 3:15 23:9
proceedings (6) 1:10 17:24 25:10 30:25 35:20 36:16
professionally (1) 12:4
program (6) 5:25 24:23 28:8 33:21,21 34:4
progress (3) 9:16 12:22,23
prohibited (2) 24:16,21
pronounce (1) 19:23
pronounced (1) 27:21
pronouncement (2) 25:25 33:10
properties (3) 22:13 26:1,2
property (5) 19:6,7,23 20:2,3
protect (1) 13:13
provide (5) 12:2 14:24 17:14 25:7,15
provision (1) 26:14
provisions (2) 25:19 26:23
PSI (1) 28:6
public (2) 12:10 22:22
publicly (1) 7:18
punishment (3) 13:9 31:2,5
purpose (1) 13:6
purposes (1) 25:8
pursue (1) 2:20
put (3) 5:23 9:22 10:12

**Q**

qualify (2) 28:13 30:10
Queen (1) 14:11
question (1) 34:2

**R**

R (3) 1:6 23:24 36:8
raise (4) 4:9 8:15 10:4 16:7
raising (1) 3:14
range (1) 19:20
RDAP (1) 28:7
read (5) 3:19,23 10:12 29:12 33:14
reading (1) 7:15
ready (1) 8:9
real (2) 20:2,3
really (3) 7:20 16:21 31:6
Realtime (1) 36:15
reason (5) 8:2 21:10 31:24 34:22 35:12
rec (1) 6:17
recall (1) 14:25
received (3) 3:17,19 29:8
receiving (1) 34:4
recite (1) 25:19
recognized (1) 15:7
recommend (2) 28:7,9
recommendation (5) 17:3 19:21 28:11,15,16
recommendations (1) 3:7
record (5) 8:19 10:8 14:6 16:11 36:16
rectify (1) 9:22
reduction (1) 22:15
reelect (1) 20:21
reflected (1) 17:13
regard (4) 11:3 18:21 21:8 31:20
regarding (7) 3:6,22 17:15 19:25 20:8 29:3 34:14
regional (1) 6:12
Registered (1) 36:14
related (1) 19:6
relationship (4) 5:15 6:21,23 7:9
relationships (1) 20:23
release (7) 24:10,11,12,15,19,22 28:24
released (1) 24:14
relevant (1) 3:14
remain (1) 33:6
remand (1) 32:22
remiss (1) 23:6
remove (1) 13:2
report (7) 2:16 19:19 23:19 24:13 33:15 35:10,12
reported (1) 22:19
reporter (5) 1:19,19 4:13 36:14,15
represent (1) 20:12

represented (1) 12:3
representing (1) 4:17
represents (1) 6:8
republic (1) 20:12
reputation (2) 5:10 15:20
request (6) 3:15 13:23 18:20 20:8 28:10 31:6
requested (2) 25:8 30:17
requesting (2) 13:22 30:11
requests (3) 27:23 28:5 31:12
require (1) 12:14
requires (1) 33:12
Rescue (1) 11:17
residential (4) 28:7 29:13 30:20 33:21
residents (1) 11:20
resolve (1) 15:9
resolved (1) 2:23
resources (3) 29:2 30:1,7
respect (1) 13:12
respected (1) 13:24
respectfully (4) 13:23 19:15 32:7 33:2
respond (1) 17:18
response (1) 2:19
responsibility (4) 17:12 18:9 22:12 23:1
responsible (1) 24:9
rest (1) 15:17
restated (1) 27:14
restrictive (1) 28:13
result (3) 13:10 32:16,17
returns (1) 25:12
Revenue (4) 25:5,7,13 26:7
review (1) 11:21
reviewed (1) 2:15
revive (1) 12:21
right (24) 2:4,11,15,24 3:1 4:7,9 8:15 10:4 16:6,7 17:21 18:18 20:6,10 25:23 26:4 27:3,14,16,25 31:9 35:16,19
risk (4) 28:22 32:10,13 34:21
RMR (1) 1:19 36:20
Robert (2) 8:20 36:4
Roman (1) 19:5
Room (1) 24:5
rough (1) 8:25
roughly (1) 30:13
routinely (1) 34:16
Royal (5) 11:13 14:12,13,22 15:6
running (1) 5:25
Ryskamp (2) 1:11 10:15

**S**

S (2) 1:15 36:10
sad (2) 20:11,15
sadness (1) 13:4
safe (1) 11:19
Sasser (5) 4:4,5,15 18:25 36:3
saved (1) 29:2
savings (1) 30:1
saw (1) 15:7
saying (2) 20:10 22:6
says (1) 11:7
scheduled (1) 29:13
seal (1) 3:21
seated (2) 2:8,24
second (2) 32:13 33:22
Section (1) 24:5
security (1) 28:13
see (11) 5:16 7:9,23,24 8:23 9:20 20:21 33:9,11 34:20 35:12
seen (2) 2:19 7:21
self-report (1) 35:14
self-reporting (1) 35:8
self-surrender (8) 18:16 21:20 29:21 30:6,11,18 31:13,21
send (1) 20:12
senior (1) 8:4
seniors (1) 6:18
sentence (23) 3:8 9:2 13:6,15 16:20 17:8 18:17,21 19:14,16,17,22 22:3 23:15,16 27:19,21 28:1 31:3,4,14 32:16 33:10
sentenced (2) 21:18 33:8
sentences (1) 32:8
sentencing (9) 1:10 3:7 17:3 18:4,10,22 21:17 22:1 33:4
serious (1) 35:3
servants (1) 22:23
serve (1) 13:6
served (3) 9:1 13:10 16:21
service (8) 12:10 19:1 25:5,8,14 26:7 30:2,14
services (1) 25:1
set (4) 6:25 18:22 19:23 29:7
severe (1) 13:8
Sheriff's (1) 11:18
short-term (1) 34:5
showed (1) 6:4
shown (1) 29:5
sic (1) 24:24
side (9) 5:16 7:7,8,14,22 9:18 15:13 29:25 33:17
signed (1) 26:2
significant (1) 14:19

simply (1) 34:6
sincere (1) 13:18
sir (6) 10:2,14 13:16 14:1 18:11 27:9
sisters (1) 13:5
situation (6) 9:19 10:1 22:19 23:7 32:4 35:13
six (1) 31:17
society (1) 23:2
softball (1) 10:19
solicited (1) 13:22
somebody (1) 21:9
son (1) 15:1
sorry (3) 12:18 18:3,6
sort (2) 16:20 34:8
SOUTHERN (1) 1:1
speak (4) 4:20 10:13,16 13:19
speaks (1) 17:18
special (6) 2:8,9 5:20 7:9 24:20 27:18
specialized (1) 12:21
specifically (1) 22:17
speech (1) 16:15
spell (5) 4:12 8:19 10:8 14:6 16:11
spoken (4) 11:8,8,9 17:16
Srebnick (25) 1:17 2:12,13,17,21 3:2,5,21,24 4:4 8:14 14:3 16:5 17:1,23,25 20:7 27:22 28:3,10 28:17,21 31:1 33:20 35:17
St (1) 6:7
staff (3) 5:4,6 7:6
stand (4) 4:24 7:20 8:2 16:1
standard (1) 24:18
stands (1) 2:14
Starace (1) 14:25
start (2) 9:3 20:10
started (1) 9:3
starting (1) 31:4
state (7) 2:4 8:18 10:7 14:5,18 16:10 30:20
Statement (6) 36:3,4,5,6,7,8
statements (1) 23:18
States (17) 1:1,3 2:2,8 17:6 18:16 19:15,20 22:2 24:1,3 27:18 31:19,25 32:12 33:5 35:18
statute (2) 32:6 34:14
statutory (4) 2:22 3:7 17:8 23:20
steering (1) 19:7
Stephen (5) 1:15,19 2:7 36:14,20
stipulation (1) 3:9
stood (1) 8:24
stopped (1) 8:8
Street (1) 1:20
streets (1) 7:8
Strickland (2) 10:9 36:5
stripped (1) 12:25
strived (1) 11:19
strong-arming (1) 19:5
submit (1) 13:23
submitted (2) 3:18,21
substance (2) 2:23 24:18
substitute (1) 13:14
suffered (4) 7:11,17,17 9:12
suffering (6) 13:1,4,8 14:20,23 15:8
suffers (1) 21:22
sugarcane (1) 7:5
Suite (1) 1:20
sum (1) 26:5
supervised (4) 24:11,15,19,22
support (6) 3:13 4:19,24 8:3,4 9:17
sure (3) 20:19 22:22 23:5
surrender (8) 3:16 17:19 20:8 28:18 29:7 30:7 34:16,18
surrendering (1) 30:3
Susan (1) 14:14
sworn (6) 4:11 8:17 10:6 14:4 16:9 18:2
system (3) 20:11 21:7,11
S-a-s-s-e-r (1) 4:14
S-t-r-i-c-k-l-a-n-d (1) 10:10

**T**

T (1) 36:10
table (1) 2:8
take (3) 18:5,16 29:16
taken (7) 12:20 22:14 23:14 26:15,24 27:5,8
takes (2) 30:13 35:11
talk (1) 32:11
talking (1) 22:17
talks (1) 34:9
tax (4) 25:5,12 26:21 27:4
taxes (1) 25:12
tell (2) 16:1 25:19
tendered (1) 29:8
term (2) 24:11 32:9
terms (3) 15:17 17:3 31:5
testify (1) 15:13
thank (23) 3:2 4:16 8:10,12 10:2,3,15 14:1,2 16:4 16:24,25 17:1,20 18:3,11,12,14 20:5 31:11 32:23 33:13 35:19
thanking (1) 19:3
theological (1) 21:13
theology (1) 21:14
therapy (1) 12:21
thing (5) 4:22 9:9 11:7 21:15 33:16

things (3) 8:23 12:4 20:22
think (12) 3:5,13 4:22 7:14 15:5,22 21:13 22:6,14 23:7 29:10 34:8
third-party (1) 25:3
thoughtful (1) 10:22
ree (1) 7:1
ed (1) 3:6
ties (1) 17:2
time (22) 3:25 9:11 11:12 12:8,20 14:12,16,20 15:2 16:21 18:13,20 21:18 27:15 28:18 30:15 30:19 31:5,25 33:4,16 35:11
times (4) 8:25 9:3 21:3 29:19
tireless (1) 11:16
tirelessly (1) 12:6
Title (1) 17:6
today (21) 3:13 4:17,20,25 5:11 6:7,23 7:12,20 8:21 11:9 12:19 13:7,19,21,23 17:12,16 19:4 29:6,22
Today's (1) 33:8
told (3) 8:9 31:21,23
Tony (23) 2:13 4:20 5:3,9,16,20 6:2,13,22,24 10:16 11:4,5 13:2,7,15,17 14:12,16 15:2,6,15 16:16
Tony's (1) 7:6
torment (1) 13:7
total (1) 24:2
totally (1) 34:11
town (1) 6:8
towns (1) 12:2
transactions (1) 22:20
transcript (2) 1:10 36:16
transferred (1) 26:5
transform (1) 15:24
transpire (1) 8:23
transport (1) 30:3
travel (2) 29:18 32:12
traveling (1) 28:23
treated (1) 8:7
treating (1) 29:9
treatment (10) 6:12 8:8 12:21 24:24 25:2 29:14 29:14 30:12 33:18 34:4
tremendous (1) 4:23
tremendously (1) 35:4
trial (2) 23:11 32:17
trouble (1) 9:11
true (2) 33:23 34:10
truly (3) 12:5 13:5 18:6
trust (4) 9:21 20:14,15 27:8
try (5) 9:9,22 15:9,10 23:6
ving (2) 6:2 7:13
n (1) 17:11
o (3) 24:11 30:17 32:24
type (2) 20:24 21:14
typically (1) 30:13

**U**

understand (4) 7:13 11:25 18:20 27:25
understanding (1) 33:20
undocumented (1) 6:9
unexpectedly (1) 15:1
unfailing (1) 10:23
unfortunate (1) 7:23
unfortunately (1) 21:21
unique (1) 9:25
United (17) 1:1,3 2:2,7 17:6 18:16 19:15,20 22:2 24:1,3 27:18 31:18,24 32:12 33:5 35:18
untold (1) 11:12
unused (1) 5:23
use (3) 6:4 13:12 30:7
usually (2) 35:9,11
U.S (6) 1:12 24:4,7,8,8 25:17

**V**

v (1) 1:5
valid (1) 34:22
various (1) 20:20
vary (1) 21:13
vast (1) 13:1
versus (1) 2:2
Vice-Mayor (1) 6:16
Victoria (2) 16:12 36:7
views (1) 21:13
Village (1) 11:13
visit (2) 15:3 33:22
voluntary (6) 3:15 17:19 20:8 28:18 34:16,18
vulnerable (1) 7:23

**W**

W (3) 1:19 36:14,20
waive (1) 28:3
ived (4) 28:1 29:2,3 32:20
ver (1) 23:8
nt (2) 8:10 18:5
wanted (2) 9:2 11:24
warranted (2) 22:6,7
wasn't (1) 6:1
watch (1) 22:22

water (2) 6:11,12
way (8) 12:24 15:10 16:21 22:5,8,23 29:4 33:14
wedding (1) 9:5
week (1) 31:22
weigh (1) 12:8
weighs (1) 7:19
weight (1) 11:25
welcomed (1) 16:18
went (3) 5:20 6:3 9:7
West (2) 1:7,20
we'll (1) 21:20
we're (6) 6:2 7:12 29:21 30:11 34:5,15
we've (6) 3:18 8:10 23:9,11,12 30:17
whichever (1) 35:10
wife (2) 14:14 29:18
willingness (2) 10:23 22:12
Wilma (1) 7:1
wing (1) 6:17
wish (4) 10:15 12:8 16:22 17:21
witness (14) 4:11,14 8:17,20 10:6,9,14 14:4,7,10 16:5,9,12,15
witnessed (3) 9:16 10:22 11:11
wonders (1) 8:5
words (1) 17:10
work (3) 20:13 21:7,11
worked (3) 7:7 12:6 16:17
working (1) 6:23
works (4) 6:18,19,20 21:14
world (2) 7:2 12:25
write (2) 5:11 8:3
written (1) 17:17
wronged (1) 21:3
wrote (2) 4:19 8:4

**X**

X (2) 36:2,10

**Y**

Yankee (1) 5:12
Yaun (2) 16:12 36:7
year (2) 31:15 32:5
years (20) 5:3,15 8:22 10:18,19,20,21 11:9,11 12:10 14:16,18 16:17 18:7 22:15,15 24:11 29:16 31:16 35:6
young (4) 10:1 12:20 13:1 15:1
youngest (3) 9:15 12:16 13:9
Y-a-u-n (1) 16:12

**$**

$100 (1) 27:18
$175,000 (2) 20:1 26:5
$25,000 (1) 24:2
$60 (1) 6:12

**0**

06-80158-CR-RYSKAMP (1) 1:3

**1**

10 (2) 29:14 36:5
11 (2) 29:16 35:6
12th (1) 36:18
13 (2) 19:24 25:22
14 (2) 14:16 36:6
150 (1) 24:6
16 (1) 36:7
18 (2) 17:6 36:8
1993 (1) 14:10

**2**

20 (3) 10:18 16:17 22:15
20-mile (1) 5:14
20-year (1) 22:3
20-0-2897958 (1) 27:5
2007 (2) 1:7 36:18
25-year (1) 8:21
26 (1) 15:1
29 (1) 1:7

**3**

30 (6) 29:16 30:13 33:19,21 34:5,24
300 (1) 20:3
3001886 (1) 26:22
301 (1) 24:5
3010494 (1) 26:21
3010495 (1) 26:21
3143(b) (2) 32:8,21
33401 (1) 1:20
3553 (1) 17:6

**4**

4 (1) 36:3
40 (1) 20:2
417 (1) 1:20
45 (4) 30:13 35:10,11,14

48 (1) 7:3

**5**

561)514-3768 (1) 1:19

**6**

6 (1) 17:4
60 (12) 17:9 19:14 23:16,25 29:16,22 30:11,17 33:9,19 34:24,24
60-day (2) 33:21 34:5
60-month (1) 3:8

**7**

701 (1) 1:20
72 (1) 24:12

**8**

8 (1) 36:4
86 (1) 28:6